**08 CV 03336**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

HANGZHOU XIAOSHAN FOREIGN TRADE AND ECONOMY CO., LTD.,

Plaintiff,

-v-

W&F APPAREL INC. and WALLACE WONG,

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 4/2/08

_____
Signature of Attorney

**Attorney Bar Code:** SS-3690

Form Rule7_1.pdf   SDNY Web 10/2007