UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                        Plaintiff,
HANGZHOU XIAOSHAN FOREIGN TRADE AND ECONOMY CO., LTD.
INDEX# 08 CV 03336

--- AGAINST ---

W&F APPAREL INC., ET. ANO.

                                                  Defendant,

---

STATE OF NEW YORK )
                      )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 14th day of April, 2008, she served the Summons in a Civil Action, Complaint, Rule 7.1 Statement and Instructions on W & F APPAREL, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                            MARIA SCHMITZ

Sworn before me this
14th day of April, 2008

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

HANGZHOU XIAOSHAN FOREIGN TRADE
AND ECONOMY CO., LTD.

V.

W&F APPAREL INC. and WALLACE WONG

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

W&F APPAREL INC.
and WALLACE WONG
1407 BROADWAY, SUITE 2201
NEW YORK, NY 10018

W&F APPAREL INC.
and WALLACE WONG
1031 EAST LAS TUNAS DR.
SAN GABRIEL, CA 91776

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAZLOW & KAZLOW
237 WEST 35TH STREET, 14TH FLOOR
NEW YORK, NY 10001

an answer to the complaint which is served on you with this summons, within _____20*_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

* 30 days if this summons is not personally delivered to you within
  the State of New York.

J. MICHAEL McMAHON

APR 0 3 2008

CLERK                                      DATE

(By) DEPUTY CLERK

⚛AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                              *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.